UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HILLMAN and MICHAEL E. MECSAS,<br><br>           Plaintiffs<br><br>v.<br><br><br>SCHNADER HARRISON SEGAL & LEWIS, LLP, *et al.*<br>           Defendants | Civil Action No. 03cv12345 RGS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, plaintiffs ("Plaintiffs"), and Defendants (collectively, "Defendants") having conferred as required by Local Rule 16.1(B), hereby submit the following Local Rule 16.1(D) Joint Statement:

**I.    AGENDA FOR SCHEDULING CONFERENCE**

The parties propose that the pre-trial schedule matters set forth in Section III below be discussed during the scheduling conference.

**II.    INITIAL DISCLOSURE - RULE 26(a)(1) and LOCAL RULE 26.2**

The parties have agreed that they will exchange required automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before February 26, 2004.

### III. PROPOSED PRE-TRIAL SCHEDULE

A proposed pre-trial schedule, including a joint discovery plan and proposed schedule for the filing of motions, is as follows:

| EVENT | DATE |
|---|---|
| Fact discovery completed by: | July 30, 2004 |
| Expert disclosures shall be made as required by Rule 26(a)(2) and Local Rules 16.5(C) and 26.4(A) by: | October 1, 2004 |
| Rebuttal expert disclosures shall be made by: | November 5, 2004 |
| Expert discovery to be completed by: | December 31, 2004 |
| All dispositive motions, including those pursuant to Fed. R. Civ. P. 56, filed by: | January 14, 2005 |

The parties will be prepared for a final pretrial conference at a date convenient for the Court. All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

### IV. MAGISTRATE JUDGE

The parties do not consent to trial by magistrate judge at this time.

### V. SETTLEMENT

On November 17, 2003, defendants, through their counsel, made a verbal settlement proposal. Plaintiffs rejected that proposal, and on December 4, 2003, plaintiffs presented a written settlement proposal to defendants.

### VI. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties Local Rule 16.1(D)(3) Certifications will be filed by the parties under separate cover.

| | |
|---|---|
| DONALD C. HILLMAN AND MICHAEL E. MECSAS, | SCHNADER HARRISON SEGAL & LEWIS LLP, ROBERT L. COLLINGS, MARILYN Z. KUTLER, DAVID SMITH, RALPH G. WELLINGTON, MARGARET S. WOODRUFF and ALL OTHER PARTNERS OF SCHNADER HARRISON SEGAL & LEWIS LLP |
| By their attorneys, | By their attorneys, |
| _____ Robert C. Gerrard Davis Malm & D'Agostine P.C. One Boston Place Boston, MA 02081 (617) 367-2500 | _____ Michael DeMarco (BBO #119960) Daniel E. Rosenfeld (BBO #560226) Kirkpatrick & Lockhart LLP 75 State Street Boston, MA 02109 (617) 261-3100 |

Dated:   February 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/19/04