UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD C. HILLMAN )
and MICHAEL E. MECSAS, )
    Plaintiffs )
)
v. )
)
SCHNADER HARRISON SEGAL ) Civil Action No. 03cv12345 RGS
& LEWIS, LLP, et al )
)

### PLAINTIFFS' LOCAL RULE 16.1 (D)(3) CERTIFICATION

Plaintiffs Donald C. Hillman and Michael E. Mecsas by their undersigned counsel hereby confirm that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses – of this litigation; and to consider the resolution of the litigation through the sue of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              Respectfully Submitted,
                              DONALD C. HILLMAN and
                              MICHAEL E. MECSAS,
                              By their attorneys

                              _____
                              Robert C. Gerrard, BBO# 189800
                              Carol R. Cohen, BBO #088660
                              DAVIS, MALM & D'AGOSTINE, P.C.
                              One Boston Place
                              Boston, MA 02108
                              (617) 367-2500

                              _____
                              Donald C. Hillman

Dated: February 26, 2004