UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HILLMAN and MICHAEL E. MECSAS,<br><br>     Plaintiffs<br><br>v.<br><br><br>SCHNADER HARRISON SEGAL & LEWIS, LLP, *et al.*<br><br>     Defendants | Civil Action No. 03cv12345 RGS |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR SUMMARY JUDGMENT

Defendants, Schnader Harrison Segal & Lewis LLP ('Schnader"), Robert L. Collings, Marilyn Z. Kutler, David Smith, Ralph G. Wellington, Margaret S. Woodruff, and all other partners of Schnader Harrison Segal & Lewis named as defendants[1] ("defendants") hereby move

---

[1] James E. Abraham, Elizabeth K. Ainslie, Lindsey D. Alton, Stephen J. Anderer, Thomas D. Arbogast, John M. Armstrong, Richard A. Barkasy, Jeanne Schubert Barnum, Peter H. Beaman, David R. Berk, Jeffrey I. Bernstein, Michael G. Bock, Arthur N. Brandolph, Barry E. Bressler, Gregory W. Buhler, Andrea Hyatt Callan, M. Christine Carty, Marc S. Cornblatt, Ronald S. Cusano, Albert S. Dandridge III, Kenneth R. DeRosa, Benjamin P. Deutsch, Joseph J. Devine, Diana S. Donaldson, Stephen H. Dye, Jeffrey L. Eichen, Robert D. Feder, Walter B. Ferst, Elise A. Fialkowski, Glenn D. Fox, John K. Gisleson, Allan D. Goodridge, Peter S. Greenberg, Megan E. Harmon, Cristopher Charles Hoel, Jennifer DuFault James, Anne E. Kane, Ronald E. Karam, David E. Kenty, Richard W. Kessler, Wilber L. Kipnes, Joan T. Kluger, Bernard B. Kolodner, Peter C. Langenus, Nicholas J. LePore III, Jeffrey W. Letwin, Saul Levit, Dionna K. Litvin, Theresa E. Loscalzo, William J. Maffucci, Michael J. Mangan, Edward J. McBride, Jr., George E. McGrann, Martin Mendelsohn, James R. Meyer, Albert Momjian, Mark A. Momjian, Alexander P. Moon, Leo J. Murphy, Michael G. Neri, Judith F. Olson, Nicholas N. Price, Neil Proto, Kenneth R. Puhala, Nicole M. Reimann, Kenneth I. Rosenberg, Bruce A. Rosenfield, Denna Jo Schneider, Allan B. Schneirov, H. Lee Schwartzberg, Jr., J. Denny Shupe, Samuel W. Silver, Eric T. Smith, Carl A. Solano, J. Robert Stoltzfus, Clinton A. Stuntebeck, Dennis R. Suplee, Sherry A. Swirsky, Jerry L. Tanenbaum, Paul N. Tauger, Gregory H. Teufel,

for judgment on the pleadings and/or for summary judgment on the following claims: (1) Mecsas's and Hillman's claims against the individual partner defendants in this action; (2) Mecsas's and Hillman's claims against the defendants for acceleration of the repayment of their capital accounts; (3) Mecsas's claim for any deferred compensation; and (4) Hillman's claim for accelerated deferred compensation. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment, Statement of Undisputed Material Facts in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment and Declaration of Diana S. Donaldson in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment, all filed contemporaneously herewith.

---

Paul H. Titus, George N. Tompkins III, Anthony J. Watkins, Nancy M. Weinman, Stewart M. Weintraub, Keith E. Whitson, Nancy Winkelman, Maureen C. Zemel. Richard Fineman and William L. Leonard are named as defendants but have not been properly served and thus are not before the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, defendants hereby respectfully request that the Court schedule oral argument on the foregoing motion.

                              SCHNADER HARRISON SEGAL & LEWIS LLP, ROBERT L. COLLINGS, MARILYN Z. KUTLER, DAVID SMITH, RALPH G. WELLINGTON, MARGARET S. WOODRUFF and ALL OTHER PARTNERS OF SCHNADER HARRISON SEGAL & LEWIS LLP

By their attorneys,

*/s/ Michael DeMarco*

Michael DeMarco (BBO #119960)
Daniel E. Rosenfeld (BBO #560226)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated:   March 26, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on March 26, 2004

*/s/*

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

March 26, 2004

Daniel E. Rosenfeld
617.951.9112
Fax: 617.261.3175
drosenfeld@kl.com

**Via Hand Delivery**

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   Donald C. Hillman, et al. v. Schnader Harrison Segal & Lewis, LLP, et al.,
C.A. No. 03cv12345 RGS

Dear Sir or Madam:

I am enclosing for filing and docketing in the above captioned case the following:

1. Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment;

2. Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment;

3. Statement of Undisputed Material Facts in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment; and,

4. Declaration of Diana S. Donaldson in Support of Defendants' Motion for Judgment on the Pleadings and/or for Summary Judgment.

To acknowledge receipt, please date-stamp the enclosed extra copy of this letter and return to the waiting messenger.

Thank you for your attention to this matter.

Very truly yours,

Daniel E. Rosenfeld

DER/mas
Enclosures
cc:   Robert C. Gerrard, Esq. – Via Hand Delivery
      Michael DeMarco, Esq.

BOS-667212 v1 0516430-0901

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON