UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD C. HILLMAN )
and MICHAEL E. MECSAS, )
    Plaintiffs )
 )
 ) Civil Action No. 03cv12345 RGS
v. )
 )
SCHNADER HARRISON SEGAL )
& LEWIS, LLP, et al )
    Defendants )
_____)

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR SUMMARY
JUDGMENT**

The Plaintiffs hereby request that this Court extend the time in which the plaintiffs must file their opposition to Defendants' Motion For Judgment on the Pleadings and/or for Summary Judgment from April 12, 2004 until April 19, 2004. As grounds therefore, the plaintiffs state that exigent circumstances of a personal nature have arisen which have prevented plaintiffs' counsel from devoting the time necessary to properly address the issues raised by Defendants' Motion within the time heretofore assigned by the Court. The defendants have assented to the allowance of this motion.

                                              Respectfully submitted,
                                              DONALD C. HILLMAN and
                                              MICHAEL E. MECSAS
                                              By their attorneys,

                                              _/s/ Carol R. Cohen_____
                                              Robert C. Gerrard (BBO# 189800)
                                              Carol R. Cohen (BBO# 088660)
                                              Davis, Malm & D'Agostine
                                              One Boston Place
                                              Boston, MA 02108
                                              (617)-367-2500

Assented to:

SCHNADER HARRISON
SEGAL & LEWIS LLP ET AL
By their attorneys


*Daniel C. Rosenfeld /cxc*
Michael DeMarco (BBO# 119960)
Daniel C. Rosenfeld (BB)# 560226)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617- 261-3100)

Dated: April 7, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON THIS
DAY A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON
THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY ~~BY MAIL~~/BY
HAND ON

DATED April 7, 2004

*Carol R Cohen*
SIGNATURE





# DAVIS MALM &
# D'AGOSTINE P.C.
ATTORNEYS AT LAW

Carol R. Cohen

Julian J. D'Agostine
C. Michael Malm
William F. Griffin, Jr.
Robert C. Gerrard
John G. Serino
Gary S. Matsko
Judith Ashton
John T. Lynch
Carol R. Cohen
Howard P. Speicher
Paul L. Feldman
Gary M. Feldman
George A. Hewett
Laurence M. Johnson
Kenneth J. Mickiewicz
Thomas S. Fitzpatrick
Whitton E. Norris, III
J. Gavin Cockfield
Andrew D. Myers
Robert J. Galvin
John D. Chambliss
Thomas Frisardi
Marjorie Suisman
Samuel B. Moskowitz
Robert J. Diettrich
Amy L. Fracassini
Ann M. Sobolewski
Siobhan M. Sweeney
Alice A. Kokodis
Kathryn C. Soderberg
Christopher T. Meier
Joshua S. Grossman
Neal J. Bingham

Harold R. Davis,
of Counsel

April 7, 2004

**BY HAND DELIVERY**
Clerk of Civil Business
United States District Court
District Court of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Donald C. Hillman, et al v. Schnader Harrison Segal & Lewis, LLP et al

Dear Sir or Madam:

Enclosed for filing please find Plaintiffs' Motion For Extension of Time to File Opposition to Defendants' Motion For Judgment on the Pleadings and/or For Summary Judgment with regard to the above referenced case.

Thank you for your attention to this matter.

Very truly yours,

*Carol R Cohen*

Carol R. Cohen

CRC:tah
Enclosure

cc:   Michael DeMarco, Esq.
      Daniel E. Rosenfeld, Esq.

*direct* 617-589-3827 *direct fax* 617-305-3127
*email* ccohen@davismalm.com

Celebrating 25 Years

ONE BOSTON PLACE • BOSTON • MA • 02108
617·367·2500 • *fax* 617·523·6215
w w w . d a v i s m a l m . c o m