UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD C. HILLMAN

V.                                                                      CIVIL ACTION NO. 03-12345-RGS

SCHNADER HARRISON SEGAL & LEWIS, LLP

# NOTICE OF HEARING

STEARNS, DJ.                                                            MAY 12, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

THURSDAY, JULY 29, 2004 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:   /s/ Mary H. Johnson
      Deputy Clerk

*To be heard:   Defts' Motion for Judgment on the Pleadings (#8).