**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 JUN 10 P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DONALD C. HILLMAN and MICHAEL E. MECSAS,<br><br>    Plaintiffs<br><br>v.<br><br>SCHNADER HARRISON SEGAL & LEWIS, LLP, *et al.*<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03cv12345 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO RESCHEDULE HEARING DATE

Defendants Schnader Harrison Segal & Lewis LLP, Robert L. Collings, Marilyn Z. Kutler, David Smith, Ralph G. Wellington, Margaret S. Woodruff, and all other partners of Schnader Harrison Segal & Lewis named as defendants[1] ("defendants") hereby move to

---

[1] James E. Abraham, Elizabeth K. Ainslie, Lindsey D. Alton, Stephen J. Anderer, Thomas D. Arbogast, John M. Armstrong, Richard A. Barkasy, Jeanne Schubert Barnum, Peter H. Beaman, David R. Berk, Jeffrey I. Bernstein, Michael G. Bock, Arthur N. Brandolph, Barry E. Bressler, Gregory W. Buhler, Andrea Hyatt Callan, M. Christine Carty, Marc S. Cornblatt, Ronald S. Cusano, Albert S. Dandridge III, Kenneth R. DeRosa, Benjamin P. Deutsch, Joseph J. Devine, Diana S. Donaldson, Stephen H. Dye, Jeffrey L. Eichen, Robert D. Feder, Walter B. Ferst, Elise A. Fialkowski, Glenn D. Fox, John K. Gisleson, Allan D. Goodridge, Peter S. Greenberg, Megan E. Harmon, Cristopher Charles Hoel, Jennifer DuFault James, Anne E. Kane, Ronald E. Karam, David E. Kenty, Richard W. Kessler, Wilber L. Kipnes, Joan T. Kluger, Bernard B. Kolodner, Peter C. Langenus, Nicholas J. LePore III, Jeffrey W. Letwin, Saul Levit, Dionna K. Litvin, Theresa E. Loscalzo, William J. Maffucci, Michael J. Mangan, Edward J. McBride, Jr., George E. McGrann, Martin Mendelsohn, James R. Meyer, Albert Momjian, Mark A. Momjian, Alexander P. Moon, Leo J. Murphy, Michael G. Neri, Judith F. Olson, Nicholas N. Price, Neil Proto, Kenneth R. Puhala, Nicole M. Reimann, Kenneth I. Rosenberg, Bruce A. Rosenfield, Denna Jo Schneider, Allan B. Schneirov, H. Lee Schwartzberg, Jr., J. Denny Shupe, Samuel W. Silver, Eric T. Smith, Carl A. Solano, J. Robert Stoltzfus, Clinton A. Stuntebeck, Dennis R. Suplee, Sherry A. Swirsky, Jerry L. Tanenbaum, Paul N. Tauger, Gregory H. Teufel, Paul H. Titus, George N. Tompkins III, Anthony J. Watkins, Nancy M. Weinman, Stewart M. Weintraub, Keith E. Whitson, Nancy Winkelman, Maureen C. Zemel. Richard Fineman and

reschedule the hearing on defendants' motion for judgment on the pleadings and/or for summary judgment currently scheduled to take place on July 29, 2004 to one of the following dates in August: August 11, August 30 or August 31. The Plaintiffs assent to this motion. As grounds for this motion, the defendants state as follows:

1. On March 26, 2004, the defendants filed a motion for judgment on the pleadings and/or for summary judgment. The Court extended the deadline for plaintiffs to oppose defendants' motion and plaintiffs filed their opposition to the defendants' motion on April 19, 2004.

2. On May 12, 2004, the Court scheduled a hearing on defendants' motion for judgment on the pleadings and/or for summary judgment to take place on July 29, 2004 at 2:30 p.m.

3. Defendants request that the hearing be rescheduled to one of the following dates in August: August 11, August 30 or August 31.

4. Plaintiffs assent to this motion.

5. For the foregoing reasons, the defendants hereby request that the Court reschedule the hearing on defendants' motion for judgment on the pleadings and/or for summary judgment currently scheduled to take place on July 29, 2004 to one of the following dates in August: August 11, August 30 or August 31.

---

William L. Leonard are named as defendants but have not been properly served and thus are not before the Court.

SCHNADER HARRISON SEGAL & LEWIS LLP, ROBERT L. COLLINGS, MARILYN Z. KUTLER, DAVID SMITH, RALPH G. WELLINGTON, MARGARET S. WOODRUFF and ALL OTHER PARTNERS OF SCHNADER HARRISON SEGAL & LEWIS LLP

By their attorneys,

*[signature]*

Michael DeMarco (BBO #119960)
Daniel E. Rosenfeld (BBO #560226)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated:   June 10, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on June 10, 2004

*[signature]*

- 3 -