UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD HILLMAN, ET AL
    Plaintiff

v.                      CIVIL ACTION NO. 03-12345-RGS

SCHNADER HARRISON SEGAL & LEWIS LLP
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: /s/ Mary H. Johnson
     Deputy Clerk

DATED: 10-26-04